**JOSEPH J. WISEMAN**
A PROFESSIONAL CORPORATION

JOSEPH J. WISEMAN
JENNIFER C. NOBLE

1477 DREW AVENUE, SUITE 106
DAVIS, CALIFORNIA   95618
TELEPHONE   530.759.0700
FACSIMILE   530.759.0800

December 2, 2009

Honorable Morrison C. England
United States District Court Judge
Eastern District of California
501 I Street
Sacramento, California 95814

    Re:   *Request and Authorization to Obtain Psychological Evaluation*
          <u>United States v. Le Chabrier</u>, Case No. 08-427 MCE

Dear Judge England:

     I am respectfully requesting that the Court authorize payment under the Criminal Justice Act for a psychological evaluation of my client, Lana Le Chabrier. It is my professional judgment that an evaluation is needed to order to provide an adequate defense in this case. I have located the physician listed below through the U. C. Davis Department of Psychiatry and Behavioral Sciences, Division of Psychiatry and the Law. The evaluation and counseling services to be provided by Humberto Diego Temporini, M.D., are expected to take 25 hours at a discounted rate of $300 per hour.

     The purpose of the psychiatric evaluation is to determine Ms. Le Chabrier's present mental and emotional state. Specifically, she has repeatedly sent letters to me, the contents of which suggest that she may be mentally unstable and unable to effectively contribute to her defense. At this point, however, I am not requesting a competency evaluation. I have discussed this matter and my concerns with Dr. Temporini and he is available to perform the requested evaluation.

<u>CASE NAME & DESTINATION</u>:  *United States v. Le Chabrier*
                                             *Case Number:  CRS-08-00427 MCE*
                                             *Eastern District of California*

<u>NAME OF SERVICE PROVIDER</u>:  Humberto Diego Temporini, M.D.
                                             U.C. Davis, Dept. of Psychiatry &
                                             Behavioral Sciences
                                             Division of Psychiatry and the Law
                                             2230 Stockton blvd., 2nd floor
                                             Sacramento, CA 95817
                                             Enclosed is his resume for your perusal.

Letter to Hon. Morrison C. England
Re: *United States of America v Le Chabrier*
Request to Obtain Psychiatric Evaluation
December 2, 2009
Page Two


ESTIMATED/COMPENSATION FEE: $ 7,500.00   (25 hours at $300.00 per hour).

      I declare under penalty of perjury that the information set forth above is true and correct to the best of my knowledge and that services requested are necessary to afford constitutionally adequate representation to my client.

Executed at Davis, California, on December 2, 2009.

                Respectfully submitted,

                JOSEPH J. WISEMAN, P. C.


                By: _____/s/_____
                      JOSEPH J. WISEMAN


      Advance authorization to incur expenses for expert services is hereby approved in the amount of $ 7,500.00.

DATED:  December 10, 2009

                _____
                MORRISON C. ENGLAND, JR
                UNITED STATES DISTRICT JUDGE


JJW/ndp