**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LANA LE CHABRIER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:08-cr-00427-MCE |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS** |
| LANA LE CHABRIER; et al., | ) |
| | ) |
| Defendants. | ) |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Phillip A. Ferrari, Assistant United States Attorney, and Defendants, LANA LE CHABRIER, through her counsel of record, Joseph J. Wiseman, that the status conference in the above-captioned matter set for Thursday, January 28, 2010, be continued to Thursday, February 25, 2010 at 9:00 a.m.

The parties further stipulate and agree that the time beginning January 28, 2010 and extending through February 25, 2010, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

Specifically, the defendant needs additional time to allow Dr. Temporini to complete his evaluation and report on Le Chabrier's present mental competency.

The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7).

Dated: January 22, 2010                    Respectfully submitted,

                                           JOSEPH J. WISEMAN, P.C.

                                           By:    /s/ Joseph J. Wiseman

                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant
                                                  Lana  Le Chabrier

Dated: January 22, 2010                    LAWRENCE G. BROWN
                                           United States Attorney

                                           By:     /s/ Phillip A. Ferrari
                                                  PHILLIP A. FERRARI, AUSA
                                                  Attorney for Plaintiff
                                                  UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case shall be continued to February 25, 2010 at 9:00 a.m.

DATED:  January 25, 2010

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE