**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:  530.759.0700**
  **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LANA LE CHABRIER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LANA LE CHABRIER; et al., )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No. CRS 08-427 MCE<br><br>**AMENDED STIPULATION<br>AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE** |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF

AMERICA, through its counsel of record, Phillip A. Ferrari, Assistant United States

Attorney, and Defendant, LANA LE CHABRIER, through her counsel of record, Joseph

J. Wiseman, that the status conference in the above-captioned matter set for Thursday,

January 28, 2010, be continued to Thursday, February 25, 2010 at 9:00 a.m.

The parties further stipulate and agree that the time beginning January 28, 2010,

and extending through February 25, 2010, be ordered excluded from the calculation of

time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A).  Specifically, Dr.

Humberto Temporini, M.D., who was appointed by the Court to evaluate the

defendant's mental competency, needs additional time to complete his evaluation and

submit his report to the Court.

///

///

The parties submit that the additional time requested to permit Dr. Temporini to complete his evaluation is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A) ("[D]elay resulting from any proceeding, including any examinations, to determine the mental competency . . . of the defendant").

Dated: January 25, 2010                      Respectfully submitted,

                                             JOSEPH J. WISEMAN, P.C.

                                             By:    /s/ Joseph J. Wiseman

                                                 JOSEPH J. WISEMAN
                                                 Attorney for Defendant
                                                 Lana  Le Chabrier


Dated: January 25, 2010                      LAWRENCE G. BROWN
                                             United States Attorney


                                             By:    /s/ Phillip A. Ferrari
                                                 PHILLIP A. FERRARI, AUSA
                                                 Attorney for Plaintiff
                                                 UNITED STATES OF AMERICA


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case shall be continued to February 25, 2010 at 9:00 a.m., and that the time from January 28, 2010, to February 25, 2010 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A).

DATED: January 26, 2010

                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE