JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P. C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone: 530.759.0700
   Facsimile:  530.759.0800

Attorney for Defendant
LANA LE CHABRIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CRS 08-427 MCE |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR |
| vs. | SUBSTITUTION OF ATTORNEY |
| LANA LE CHABRIER; et al., | |
| Defendants. | |

**STATEMENT OF FACTS**

    Joseph J. Wiseman was appointed by the Court to represent Dr. Lana Le Chabrier, in the instant action, on October 16, 2008. Subsequently, there has been an irreparable breakdown in the attorney-client relationship between Dr. Le Chabrier and attorney Joseph J. Wiseman.

Therefore, both Dr. Le Chabrier and attorney Joseph J. Wiseman request that the Court relieve Mr. Wiseman as attorney of record and substitute attorney Jan David Karowsky as attorney of record for Dr. Le Chabrier.

AUSA Philip Ferrari has been consulted and has no opposition to the requested substitution. Mr. Karowsky has been consulted and agrees to accept said appointment.

## STIPULATION

It is hereby stipulated and agreed by defendant Dr. Lana Le Chabrier, attorney Joseph J. Wiseman, and attorney Jan David Karowsky, that a unified request is made of the Court to relieve attorney Joseph Wiseman and appoint attorney Jan David Karowsky as attorney of record for Dr. Lana Le Chabrier, Since Mr. Karowsky began working on the case on March 30, 2010, in anticipation of the instant request, it is requested Mr. Karowsky be appointed nunc pro tunc to the date of March 30, 2010.

**IT IS SO STIPULATED.**

                                       JOSEPH J. WISEMAN  
                                       Attorney at Law  
                                       A Professional Corporation

                                       By:    /s/ Joseph J. Wiseman  
                                               JOSEPH J. WISEMAN  
                                               Attorney for Defendant  
                                               Dr. Lana Le Chabrier

I hereby request and consent to the above described substitution of attorneys and request Joseph J. Wiseman be relieved from representing me in this action and that Jan David Karowsky be appointed to represent me.

Dated: April 7, 2010                 Signature on File  
   Dr. Lana Le Chabrier

Dated:  April 8, 2010             /S/ Jan David Karowsky  
Jan David Karowsky, Attorney at Law  
A Professional Corporation

## ORDER

Based on the Stipulation, the request of the defendant, and the acceptance from the proposed new attorney and good cause appearing, attorney Joseph J. Wiseman is hereby relieved as attorney of record for Dr. Lana Le Chabrier in the instant action and attorney Jan David Karowsky is hereby appointed to represent defendant Dr. Le Chabrier, nunc pro tunc to March 30, 2010.

IT IS SO ORDERED.

Dated: April 12, 2010

_____  
MORRISON C. ENGLAND, JR  
UNITED STATES DISTRICT JUDGE