1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811
4  (916) 447-1134
   (916) 448-0265 (Fax)
5  KarowskyLaw@sbcglobal.net

6  Attorney for Defendant
   Dr. Lana LeChabrier

7
                **UNITED STATES DISTRICT COURT**
8
           **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11 United States of America,               ) Case No.: Case No. Cr.S-08-427-MCE
                                           )
12         Plaintiff,                      ) **STIPULATION AND ORDER FOR**
                                           ) **CONTINUANCE OF STATUS**
13    vs.                                  ) **CONFERENCE AND FOR BRIEFING**
                                           ) **SCHEDULE ON DR. LeCHABRIER'S**
14 Lana LeChabrier,                        ) **SEVERANCE MOTION AND PROPOSED**
                                           ) **ORDER**
15         Defendant                       )
                                           ) Date:  July 22, 2010
16                                         ) Time:  9:00 a.m.
                                           ) Judge: Morrison C. England, Jr.
17 _____  )

18

19                        **FACTUAL SUMMARY**

20

21     Counsel for the Defendant LeChabrier intends to file a Motion to Sever her from the

22 remaining co-defendants and to request a speedy trial thereafter.  Therefore, it is agreed that the

23 Status Conference set for July 22, 2010 be continued to September 9, 2010 at 9:00 a.m., and that

24 the following briefing schedule also be ordered.  I have spoken to the prosecuting AUSA, Philip

25

Ferrari, who has no opposition to either of these requests. In fact, he has agreed that I may sign his name to this stipulation.

**Briefing Schedule**

July 22, 2010         Defendant LeChabrier's Severance Motion due

August 19, 2010    Government's response due

September 2, 2010  Defendant LeChabrier's reply, if any, due

September 9, 2010  New status conference date and hearing on Severance Motion

# STIPULATION

Plaintiff, United States, and Defendant, Dr. Lana LeChabrier, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to September 9, 2010 at 9:00 a.m at which time the hearing on defendant LeChabrier's Motion to Sever shall also be heard. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of July 22, 2010, the original date set for the Status Conference, to September 9, 2010, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and 18 U.S.C. § 3161 (h)(1)(F), Local Code E, in order to give Counsel for the Defendant reasonable time to prepare and to recognize the filing of a pretrial motion.

**IT IS SO STIPULATED.**

DATED: July 22, 2010                              BENJAMIN WAGNER
                                                  United States Attorney

                                                  /s/ Philip Ferrari

                                          by
                                                  Philip Ferrari
                                                  Assistant U.S. Attorney
                                                  by Jan David Karowsky


DATED: July 22, 2010                              JAN DAVID KAROWSKY
                                                  Attorney at Law
                                                  A Professional Corporation

                                                  /s/ Jan Karowsky

                                          by
                                                  JAN DAVID KAROWSKY
                                                  Attorney for Defendant
                                                  Dr. Lana LeChabrier


## **ORDER**

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a status conference in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in sentencing on the date now set.

///

///

///

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: July 20, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE