1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811
4  (916) 447-1134
   (916) 448-0265 (Fax)
5  KarowskyLaw@sbcglobal.net

6  Attorney for Defendant
   Dr. Lana LeChabrier

7

8              **UNITED STATES DISTRICT COURT**

9        **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  United States of America,          )  Case No.:  2:08-CR-00427-MCE
                                       )
12            Plaintiff,               )  **ORDER FOR RELEASE OF ALL**
                                       )  **EXHIBITS INTRODUCED INTO**
13       vs.                           )  **EVIDENCE AT THE DETENTION**
                                       )  **HEARINGS HELD ON APRIL 4, 2009**
14  Lana LeChabrier,                   )  **AND APRIL 5, 2009 REGARDING**
                                       )  **LANA LeCHABRIER**
15            Defendant                )
                                       )  **Date:   June 1, 2011**
16                                     )  **Time:  9:00 a.m.**
                                       )  **Judge:  Morrison C. England, Jr.**
17                                     )
   _____)
18

19                          <u>**ORDER**</u>

20

21         Based on attorney Jan David Karowsky's need in the ongoing jury trial, for the use of

22  the exhibits introduced into evidence at the detention hearings conducted on April 4 and April 5,

23  2009 regarding the detention of defendant Lana LeChabrier, and **GOOD CAUSE**

24  **APPEARING,** the Court hereby orders all exhibits introduced into evidence on behalf of

25  ///

                                    - 1 -

defendant Lana LeChabrier at the referenced detention hearings be immediately, physically

released to attorney Jan David Karowsky, attorney for defendant Lana LeChabrier.

**IT IS SO ORDERED.**

**Date:  6/1/2011**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE