**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Dr. Lana LeChabrier

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Lana LeChabrier,<br><br>　　　　Defendant | Case No.: Case No. Cr.S-08-427-MCE<br><br>**ORDER FOR RELEASE OF ALL EXHIBITS INTRODUCED INTO EVIDENCE AT THE DETENTION HEARINGS HELD ON APRIL 4, 2009 AND APRIL 5, 2009 REGARDING LANA LeCHABRIER**<br><br>Date:　June 1, 2011<br>Time:　9:00 a.m.<br>Judge:　Morrison C. England, Jr. |

## ORDER

　　　Based on attorney Jan David Karowsky's need in the ongoing jury trial, for the use of the exhibits introduced into evidence at the detention hearings conducted on April 4 and April 5, 2009 regarding the detention of defendant Lana LeChabrier, and **GOOD CAUSE APPEARING,** the Court hereby orders all exhibits introduced into evidence on behalf of

///

- 1

defendant Lana LeChabrier at the referenced detention hearings be immediately, physically released to attorney Jan David Karowsky, attorney for defendant Lana LeChabrier.

**IT IS SO ORDERED.**

**Date: 6/9/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE