KRESTA NORA DALY
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Lana LeChabrier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-0427-MCE |
|---|---|
| Plaintiff, | ) Stipulation and |
| v. | ) Order Re-Setting Motion For ) a New Trial and Sentencing |
| LANA LECHABRIER, | ) |
| Defendant. | ) |

    On July 20, 2011 the undersigned defense counsel was contacted by CJA Panel Administrator Kurt Heiser.  Mr. Heiser asked defense counsel to accept representation of Dr. LeChabrier.

    On or about July 27, 2011 defense counsel submitted a funding request to obtain the trial transcript in order to evaluate the motion for a new trial.  As of the date of this Proposed Stipulation and Order defense counsel has not heard if the funding request has been approved and, therefore, has not ordered a copy of the trial transcript.

    Other defendants in this matter have moved their sentencing hearing to November 17, 2011.  Dr. LeChabrier wishes to move her

motion for a new trial and potential sentencing to the same date.

    Dr. LeChabrier further requests that the Court extend the 14-day deadline imposed by FRCrP Rule 33(b)(1) to November 17, 2011 in order to allow defense counsel to evaluate and/or bring a motion for a new trial.

DATED:   August 31, 2011        Respectfully submitted,


                                 s/Kresta Daly_____
                                 Kresta Nora Daly, Attorney
                                 for Defendant Lana LeChabrier

    The government concurs in the request to extend the dates for the motion for a new trial and potential sentencing to November 17, 2011.


Dated:    August 31, 2011       Respectfully submitted,


                                 s/Kresta Daly_____
                                 Philip Ferrari, Assistant United
                                 States Attorney


///
///
///
///
///
///
///

**O R D E R**

Good cause appearing, it is hereby ordered that the time to file a motion for a new trial on behalf of Dr. LeChabrier is extended from the 14-day deadline imposed by FRCrP Rule 33(b)(1) to November 17, 2011.

September 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE