KRESTA NORA DALY
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Lana LeChabrier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-0427-MCE |
| Plaintiff, | ) Amended Stipulation and Order |
| v. | ) Re-Setting Motion For a New<br>) Trial and Sentencing |
| LANA LECHABRIER, | ) |
| Defendant. | ) |

On August 31, 2011 defense counsel submitted a proposed stipulation and order to re-set the hearing of a motion for a new trial and to continue the judgment and sentencing in this matter. The order did not clearly re-set Dr. LeChabrier's sentencing.

Other defendants in this matter have moved their sentencing hearing to November 17, 2011. Dr. LeChabrier wishes to move her motion for a new trial and potential sentencing to the same date.

Dr. LeChabrier further requests that the Court extend the 14-day deadline imposed by FRCrP Rule 33(b)(1) to November 17, 2011 in order to allow defense counsel to evaluate and/or bring

a motion for a new trial.  The defense also requests that the date currently set for Dr. LeChabrier's sentencing be vacated and re-set to November 17, 2011.

DATED: September 26, 2011     Respectfully submitted,

        s/Kresta Daly
        Kresta Nora Daly, Attorney
        for Defendant Lana LeChabrier

The government concurs in the request to extend the dates for the motion for a new trial and potential sentencing to November 17, 2011.

Dated:   September 26, 2011     Respectfully submitted,

        s/Kresta Daly
        Philip Ferrari, Assistant United
        States Attorney

**O R D E R**

**Good cause appearing, it is hereby ordered that the time to file a motion for a new trial on behalf of Dr. LeChabrier is extended from the 14-day deadline imposed by FRCrP Rule 33(b)(1) to November 17, 2011.  Judgment and sentencing is also re-scheduled to November 17, 2011.**

IT IS SO ORDERED.
September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2