KRESTA NORA DALY
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Lana LeChabrier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0427-MCE |
| Plaintiff, | Stipulation and |
| v. | Order Re-Setting Motion For a New Trial and Sentencing |
| LANA LECHABRIER, | |
| Defendant. | |

In order to prepare a motion for a new trial defense counsel requires copies of the trial transcripts. Defense counsel has been in contact with the court reporter regarding the preparation of the trial transcripts. At this time the defense does not have any estimate of when the transcripts will be available.

Other defendants in this matter have moved their sentencing hearing to January 26, 2012. Dr. LeChabrier wishes to move both her the date by which she must file a motion for a new trial, and her potential sentencing, now scheduled for November 17, 2011, to January 26, 2012.

1

Dr. LeChabrier accordingly requests that the Court extend the 14-day deadline imposed by FRCrP Rule 33(b)(1) to January 26, 2012 in order to allow defense counsel to evaluate and/or bring a motion for a new trial.

DATED: November 8, 2011          Respectfully submitted,


                                  s/Kresta Daly_____
                                  Kresta Nora Daly, Attorney
                                  for Defendant Lana LeChabrier

The government concurs in the request to extend the dates for the filing of a motion for a new trial and potential sentencing to January 26, 2012.


Dated:    November 8, 2011          Respectfully submitted,


                                  s/Kresta Daly_____
                                  Philip Ferrari, Assistant United
                                  States Attorney

**O R D E R**

**Good cause appearing, it is hereby ordered that the time to file a motion for a new trial on behalf of Dr. LeChabrier is extended from the 14-day deadline imposed by FRCrP Rule 33(b)(1) to January 26, 2012. Sentencing for Dr. LeChabrier is further continued from November 17, 2011 to January 26, 2012.**

Dated:   November 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3