KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorneys for Defendant
Lana LeChabrier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LANA LECHABRIER,<br><br>   Defendant. | Case No.: 2:08-CR-0427-MCE<br><br>STIPULATION AND<br>ORDER RE-SETTING MOTION FOR<br>A NEW TRIAL AND SENTENCING |

Defense counsel has received all of the trial transcripts in this case and is in the process of reviewing them. Dr. LeChabrier requests March 29, 2012 as the date for the hearing on the motion for a new trial. Said motion will be filed sufficiently in advance to allow the government two weeks to reply.

Dr. LeChabrier further requests that the Court extend the 14-day deadline imposed by FRCrP Rule 33(b)(1) to March 29, 2012 in order to allow defense counsel to evaluate and/or bring a motion for a new trial.

DATED:  December 21, 2011            Respectfully submitted,


                                      s/Kresta Daly
                                     Kresta Nora Daly, Attorney
                                     for Defendant Lana LeChabrier

1

The government concurs in the request to extend the dates for the motion for a new trial and potential sentencing to March 29, 2012.

Dated: December 21, 2011   Respectfully submitted,

                                                                     s/Kresta Daly
                                        Philip Ferrari, Assistant United States Attorney

# **O R D E R**

Good cause appearing, it is hereby ordered that the time to file a motion for a new trial on behalf of Dr. LeChabrier is extended from the 14-day deadline imposed by FRCrP Rule 33(b)(1) to March 29, 2012.

Dated: January 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE