1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                        No.  2:08-cr-427-MCE-EFB P

12                      Respondent,

13          v.                                          ORDER

14   LANA LECHABRIER,

15                      Movant.

16

17          Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set

18   aside, or correct her sentence pursuant to 28 U.S.C. § 2255.  ECF No. 928; *see also Lechabrier v.*

19   *Matevousian*, No. 2:14-cv-1624-GEB-AC P (E.D. Cal. Feb. 23, 2014) (order recharacterizing

20   § 2241 petition as a § 2255 motion).  Since movant may be entitled to the requested relief,

21   respondent is directed to file a response within sixty days from the date this order is issued.  *See*

22   Rule 4(b), Rules Governing Section 2255 Proceedings.  Respondent shall include with any

23   answer any and all transcripts or other documents relevant to the determination of the issues

24   presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's reply, if

25   any, is due on or before thirty days from the date respondent's answer is filed.  *Id.*

26   /////

27   /////

28   /////

                                                      1

1    The Clerk of the Court shall serve a copy of this order, together with a copy of movant's

2  motion on the United States Attorney or his authorized representative.

3    So ordered.

4  DATED:  March 9, 2015.

5  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28