UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-427-MCE-EFB P |
|---|---|
| Respondent, | |
| v. | ORDER |
| LANA LECHABRIER, | |
| Movant. | |

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. On May 5, 2015, the government filed a motion for an order finding a waiver of the attorney-client privilege and therein requested that the court continue the deadline for the government to file its response to defendant's § 2255 motion. The motion for an order finding a waiver is currently set for hearing on June 28, 2015.

The government's request to continue the deadline for filing an answer to defendant's §2255 motion (contained in ECF No. 940 at 6:16-17) is granted. The government's response to the motion shall be filed not later than sixty (60) days from the date of any order resolving the government's motion for an order finding a waiver of the attorney-client privilege, ECF No. 940.

So ordered.

DATED: June 2, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE