UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>LANA LECHABRIER,<br><br>　　　　　Movant. | No. 2:08-cr-427-MCE-EFB P<br><br><br>ORDER TO SHOW CAUSE |

　　　　Movant, a former federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.  On May 5, 2015, the government filed a motion for an order finding a waiver of the attorney-client privilege.  The motion is currently set for hearing on June 29, 2015.

　　　　Court records reflect that movant has not filed an opposition or statement of non-opposition to the government's motion.[1]  Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by June 15, 2015.  Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."

---

[1] Movant's June 1, 2015 "Motion to Request Transcripts and Documents" is not responsive to the government's motion.  *See* ECF No. 947.

1

Local Rule 183, governing persons appearing in pro se, provides that failure to comply with the Federal Rules of Civil Procedure and Local Rules may be grounds for dismissal, judgment by default, or other appropriate sanctions. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The hearing on the government's motion for an order finding a waiver of the attorney-client privilege is continued to July 22, 2015.

2. Movant shall show cause, in writing, no later than July 1, 2015, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.

3. Movant shall file an opposition to the motion, or a statement of non-opposition thereto, no later than July 1, 2015.

4. Failure of movant to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b); Rule 12, Rules Governing § 2255 Cases.

5. The government may file a reply to movant's opposition, if any, on or before July 15, 2015.

DATED: June 16, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2