BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2744
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0427 MCE EFB |
| Plaintiff/Respondent, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| LANA LECHABRIER, | |
| Defendant/Movant. | |

Good cause having been shown, the government's motion for an extension of time (ECF No. 967) is GRANTED and IT IS HEREBY ORDERED that the government shall file its answer to the Section 2255 motion on or before November 20, 2015.

IT IS SO ORDERED.

Dated: November 13, 2015.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Mot. for Extension of Time