UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>LANA LECHABRIER,<br><br>  Movant. | No. 2:08-cr-427-MCE-EFB P<br><br><br><br>ORDER |

Movant, who proceeds without counsel, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. ECF No. 928. On November 20, 2015, respondent filed an opposition to her motion. ECF Nos. 974, 975. Movant's reply, if any, shall be filed and served within 30 days of the date of this order.

So ordered.

DATED: November 23, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE