UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>LANA LeCHABRIER,<br><br>Movant. | No. 2:08-cr-0427-MCE-EFB P<br><br><br><br>ORDER |

Movant Lana LeChabrier is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Movant has requested an extension of time to file her objections to the December 22, 2016 findings and recommendations.

Movant's request (ECF No. 987) is granted and she has 60 days from the date this order is served to file her objections.

Dated: February 28, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE