UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0427-MCE-EFB P |
| Respondent, | |
| v. | <u>ORDER</u> |
| LANA LeCHABRIER, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.  On June 19, 2017, the court denied the motion, but did not issue or deny a certificate of appealability at the time the final order was entered.  <u>See</u> Rule 11(a), Rules Governing § 2255 Cases.

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  For the reasons set forth in the magistrate judge's December 22, 2016 findings and recommendations, movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, the Court declines to issue a certificate of appealability.

///

///

///

1    The Clerk of the Court is directed to forward a copy of this order to the Ninth Circuit
2    Court of Appeals for filing on the docket of Case No. 17-16354.
3    IT IS SO ORDERED.
4    Dated: July 25, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE