1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LANA LE CHABRIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:08-cr-00427-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| v. | ) ORDER |
| VARDGES EGIAZARIAN et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Philip A. Ferrari, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Lana Le Chabrier, that the admit/deny hearingscheduled for March 15, 2018 be vacated and continued to April 12, 2018 at 10:00 a.m.

Defense counsel has requires additional time to conduct investigation and attorney Douglas Beevers will be in trial in Fresno the third week in March.

//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 13, 2018

/s/ *Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorneys for Defendant
Lana Le Chabrier

Date: March 13, 2018

McGregor W. Scott
United States Attorney

/s/ *Philip A. Ferrari*
Philip A. Ferrari
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

The Court orders the Admit/Deny Hearing rescheduled for April 12, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE