# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**LANA LE CHABRIER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: **2:08CR000427-005**<br>Defendant's Attorney: Douglas Beevers, Assistant Federal Defender |

**THE DEFENDANT:**

[ ] admitted guilt to violation of charge(s) ⎯ as alleged in the violation petition filed on ⎯.

[✓] was found in violation of conditions of supervision as to charges __1 and 2__ after denial of guilt, as alleged in the violation petition filed on __10/24/2017__.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Make Fine/Restitution Payments as Directed | 12/30/2014 |
| 2 | Failure to Follow the Instruction of the Probation Officer | 12/30/2014 |

[ ]   [ ]   [ ] continues under same conditions of supervision

The court:    revokes:    modifies:

The Court terminated supervision heretofore ordered on __7/12/2012__.

The defendant is sentenced as provided in pages 2 through __1__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ⎯ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/3/2018
Date of Imposition of Sentence

*[signature]*

Signature of Judicial Officer
**Morrison C. England, Jr.**, United States District Judge
Name & Title of Judicial Officer
8/6/2018
Date